1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

12 | BRIAN RICHARDSON,                )   1:05-cv-01244-OWW-TAG HC
                                     )
13 |            Petitioner,          )   ORDER GRANTING PETITIONER'S
                                     )   MOTION TO VOLUNTARILY DISMISS
14 |      v.                         )   PETITION
                                     )   (Doc. 11)
15 |                                 )
    FEDERAL CONGRESS, et al.,        )   ORDER DISMISSING PETITION FOR WRIT
16 |                                 )   OF HABEAS CORPUS WITHOUT
            Respondents.             )   PREJUDICE (Doc. 1)
17 | _____ )
                                         ORDER DIRECTING CLERK OF COURT TO
18 |                                     CLOSE FILE

19

20          Petitioner is a state prisoner proceeding pro se with an application for writ of habeas

21  corpus pursuant to 28 U.S.C. § 2254.

22          Petitioner filed the instant federal petition for writ of habeas corpus in the Eastern District

23  of California on September 30, 2005. (Doc. 1).  On March 29, 2006, Petitioner filed a notice of

24  change of address.  (Doc. 11).  Within this document, Petitioner indicates that the issues raised in

25  the petition are moot and that he wishes to "drop" the instant habeas corpus proceedings.  (Id.).

26          Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without

27  leave of court before service by the adverse party of an answer or motion for summary judgment.

28  Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the court

1

1   and upon such terms and conditions as the court deems proper.  Id.  Here, no answer has been

2   served or filed and the Court perceives no prejudice to Respondent in granting Petitioner's

3   request to voluntarily dismiss the petition.  In granting Petitioner's request, the Court expresses

4   no opinion regarding Petitioner's present or future compliance with the one-year statute of

5   limitations contained in 28 U.S.C. § 2244(d)(1).

6                                              **ORDER**

7           Accordingly, IT IS ORDERED as follows:

8           1.  Petitioner's motion for voluntary dismissal (Doc. 11), is GRANTED;

9           2.  The petition for writ of habeas corpus (Doc. 1), is DISMISSED without prejudice;

10          and,

11          3.  The Clerk of the Court is DIRECTED to close this action because this order

12          terminates the proceedings in its entirety.

22   IT IS SO ORDERED.

23   **Dated:    April 12, 2006**                          **/s/ Oliver W. Wanger**
     emm0d6                                      UNITED STATES DISTRICT JUDGE